IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ROBERT ALLEN AUTRY, an Incapacitated Person individually, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Case No. CIV-15-1167-D ) |
| CLEVELAND COUNTY SHERIFF'S DEPARTMENT, *et al.*, | ) ) ) |
| Defendants. | ) ) |

**O R D E R**

Defendant Turn Key Health Clinics, LLC ("Turn Key") has filed a document entitled, "Response to Show Cause Order (Dkt. No. 139) or Alternative Motion for Leave to File Answer Out of Time" [Doc. No. 140]. The referenced Order to Show Cause was directed at Plaintiffs and requires them either to take some action or to show cause why their case should not be dismissed. No response from Turn Key is necessary or appropriate at this time.[1] Further, Turn Key's filing fails to comply with the requirement of LCvR7.1(c) that "[e]ach motion filed shall be a separate document."

---

[1] Turn Key states a curious belief that it was "fully dismissed from this action as a result of the Court's Order dated February 5, 2018." *See* Resp., p.1. In the February 5 Order, the Court: a) rejected Turn Key's "narrow reading of Plaintiffs' pleading" (p.20); b) ruled that the Second Amended Complaint "plausibly states common law negligence claims against the movants," which included Turn Key (pp.20,23); and c) rejected Turn Key's grounds for dismissal of the negligence action (pp.21,22).

IT IS THEREFORE ORDERED that Turn Key's filing [Doc. No. 140] is STRICKEN and will be disregarded. No further filing by Turn Key is needed until Plaintiffs make some response to the Order to Show Cause [Doc. No. 139].

**IT IS SO ORDERED** this 18th day of December 2018.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE