IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ROBERT ALLEN AUTRY, an Incapacitated Person individually, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>CLEVELAND COUNTY SHERIFF'S DEPARTMENT, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No. CIV-15-1167-D<br>)<br>)<br>)<br>)<br>) |

## J U D G M E N T

Pursuant to the Order issued this date, and prior Orders dated April 25, 2017, June 1, 2017, September 15, 2017, February 5, 2018, February 12, 2018, September 13, 2018, October 31, 2018, and December 17, 2018, the action is dismissed without prejudice to refiling.

Entered this 28th day of December, 2018.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE